# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Urban Wok LLC, | Case No. 21-CV-1505 (SRN/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| Urban Wok Nordic Group LLP, | |
| Defendant. | |

Anne E. Rondoni Tavernier, Monroe Moxness Berg PA, 7760 France Ave. S., Ste. 700, Minneapolis, MN 55435, for Plaintiff.

This matter is before the Court upon the Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed by the Plaintiff [Doc. No. 8]. Based on the Notice,

IT IS ORDERED that this action is hereby dismissed without prejudice.

Dated: July 1, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge